HERMAN ISAACS, Appellant, *v.* THE COMMERCIAL COMPANY OF SALONICA, LIMITED, Respondent.

Reported below, 127 App. Div. 915.
(Argued September 28, 1908; decided October 6, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered June 9, 1908, affirming a judgment in favor of defendant entered upon verdict in an action to recover for services alleged to have been rendered by plaintiff's assignor to the defendant.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and permission to appeal had not been granted.

*William H. Fain* for motion.

*Maxwell C. Katz* opposed.

Motion denied, with ten dollars costs.